**Luis A. Munoz ELIZARRARAZ**
Petitioner

v.

**Jefferson B. SESSIONS, III,[1] Attorney
General of the United States**
Respondent

No. 16-1679

United States Court of Appeals,
Eighth Circuit.

Submitted: May 30, 2017

Filed: June 2, 2017

Marisa-Andrea Moore, Law Office of
Marisa-andrea Moore, Grand Island, NE,
for Petitioner

Lynda Do, Karen Yolanda Drummond,
Carl H. McIntyre, U.S. Department of
Justice, Civil Division, Office of Immigra-
tion Litigation, Washington, DC, Oil, U.S.
Department of Justice, Washington, DC,
for Respondent

Before LOKEN, MURPHY, and
BENTON, Circuit Judges.

PER CURIAM.

Mexican citizen Luis A. Munoz Elizar-
raraz petitions for review of an order of
the Board of Immigration Appeals uphold-
ing an immigration judge's decision to
deny his application for withholding of re-
moval and relief under the Convention
Against Torture.[2] Having jurisdiction un-
der 8 U.S.C. § 1252, this court, after care-
ful consideration, concludes that substan-
tial evidence supports the denial of relief.
The petition is denied. *See* 8th Cir. R. 47B.

1. Jefferson B. Sessions, III has been appoint-
ed to serve as Attorney General of the United
States, and is substituted as respondent pur-
suant to Federal Rule of Appellate Procedure
43(c).

2. Munoz Elizarraraz does not challenge the
denial of asylum.